[No. 25050-1-II.   Division Two.   September 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER A. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-8-00129-4, William G. Knebes, J. Pro Tem., entered September 8, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25635-5-II.   Division Two.   September 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY G. SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00271-7, Toni A. Sheldon, J., entered February 17, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26436-6-II.   Division Two.   September 7, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. DENICE PAMELA FOUST, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00355-1, Terry K. McCluskey, J., entered September 7, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 46369-1-I.   Division One.   September 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL T. PIERRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02641-8, Joan E. DuBuque, J., entered February 22, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Webster, JJ. Now published at 108 Wn. App. 378.